THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJAKUMARI SUSHEELKUMAR,<br><br>         Petitioner,<br>   v.<br>JASON SIEMS *et al.*,<br><br>         Respondents. | CASE NO. C19-1881-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 12). Petitioner has not filed objections to the report and recommendation. Having reviewed the report and recommendation and the relevant record, the Court hereby ORDERS as follows:

1. The report and recommendation (Dkt. No. 12) is ADOPTED and APPROVED;
2. Petitioner's 28 U.S.C. § 2241 habeas corpus petition (Dkt. No. 1) is DISMISSED with prejudice; and
3. The Clerk is DIRECTED to send copies of this order to Petitioner and to Judge Peterson.

//

//

//

ORDER
C19-1881-JCC
PAGE - 1

1    DATED this 23rd day of January 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1881-JCC
PAGE - 2